EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In Re:<br>    Junta de Educación Continua | 2002 TSPR 132<br><br>157 DPR _____ |

Número del Caso: EM-2002-7

Fecha: 4/octubre/2002

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Junta de Educación Continua     EM-2002-7     Designación del
Presidente y
sus Miembros

RESOLUCION

San Juan, Puerto Rico, a 4 de octubre de 2002

En virtud del poder del Tribunal Supremo para reglamentar lo concerniente al ejercicio de la abogacía en Puerto Rico, y la Regla 8 (a) del Reglamento de Educación Jurídica Continua, aprobado el 30 de junio de 1998, se designan los siguientes distinguidos abogados y abogadas como miembros de la Junta de Educación Continua:

     Dr. Efraín González Tejera, Presidente
     Lcdo. Luis Roberto Piñero
     Lcdo. José Alberto Morales
     Prof. Roberto Aponte Toro
     Hon. Roberto José Sánchez Ramos
     Lcda. Tamara Sosa Pascual
     Lcdo. Mario R. Oronoz Rodríguez

El doctor González Tejera y los licenciados Luis Roberto Piñero y José Alberto Morales se desempeñarán en sus cargos por un término de cinco (5) años. El Profesor Roberto Aponte Toro y el Honorable Roberto José Sánchez Ramos se desempeñarán en sus cargos por el término de cuatro (4) años. La Lcda. Tamara Sosa Pascual y el Lcdo. Mario R. Oronoz Rodríguez se desempeñarán en sus cargos por un término de tres (3) años.

La Junta de Educación Continua deberá reunirse y a la brevedad posible, con el apoyo de la Secretaria del Tribunal Supremo y la Directora del Secretariado de la Conferencia Judicial, presentarle al Tribunal Supremo un Proyecto de Reglas conforme a la Regla 8 (d) 7 del Reglamento de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Fuster Berlingeri no intervino.


                              Patricia Otón Olivieri
                          Secretaria del Tribunal Supremo